1  Mary McNamara, SBN 147131
   August Gugelmann, SBN 240544
2  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5

6  Attorneys for MARCEL ALLEY

7

8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,              Case No.       CR 12-0495 SBA (KAW)

14                         Plaintiff,      **STIPULATION AND [~~PROPOSED~~]**
                                           **ORDER TO CONTINUE HEARING**
15         vs.

16  MARCEL ALLEY,

17                         Defendant.

18

19

20         Defendant Marcel Alley, by and through Mary McNamara, and the United States, by and

21  through Assistant United States Attorney James C. Mann hereby stipulate and agree to continue

22  the hearing currently scheduled for January 28, 2013 to February 27, 2013.  The reason for the

23  stipulated continuance is that counsel for Mr. Alley is seeking records necessary to research Mr.

24  Alley's criminal history, which have been requested from the state court but have not yet been

25  received.

26

27

28

1     The parties agree that the ends of justice served by this continuance outweigh the best

2     interests of the public and the defendant in a speedy trial and therefore request that time be

3     excluded until February 27, 2013 pursuant to 18 U.S.C. § 3161(h)(7).

4     IT IS SO STIPULATED.

5

6     Dated: January 25, 2013                            _____/s/_____

                                                         Mary McNamara
7                                                        SWANSON & McNAMARA LLP
                                                         Attorneys for MARCEL ALLEY
8

9     Dated: January 25, 2013                            _____/s/_____

10                                                       James C. Mann
                                                         Assistant United States Attorney
11

12

13

14                                    **ORDER**

15            PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing currently set for

16    January 28, 2013 at 9:30 a.m. is continued to February 27, 2013 at 9:30 a.m.  The Court finds

17    that the ends of justice served by this continuance outweigh the best interests of the public and

18    the defendant in a speedy trial and therefore orders that time is excluded until February 27, 2013

19

20    pursuant to 18 U.S.C. § 3161(h)(7).

21            IT IS SO ORDERED.

22    Dated: __1/25/13_____

23                                                       Hon. Kandis A. Westmore
                                                         United States Magistrate Court
24

25

26

27

28

                                               2